July 29, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

YIGAL BOSCH, Appellant

NO. 14-13-00623-CV                 V.

3 PARK'S ENTERPRISES, LLC D/B/A LAH CLEANERS, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, 3 Park's Enterprises, LLC d/b/a LAH Cleaners, signed May 17, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Yigal Bosch, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.